

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00080-CR & 04-22-00081-CR

James **RISO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court Nos. 21-06-14106-CR & 21-06-14107-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED June 21, 2023.

_____
Rebeca C. Martinez, Chief Justice